AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| 05Bucklew, Susan C | U.S. Dist. Ct. Mid. Dist.Fl. | 05/14/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge-Active | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Sam M. Gibbons U.S. Courthouse <br> 801 N. Florida Ave. Suite 1430 <br> Tampa, Fl. 33602 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director-stockholder | Cawthon Oil Company |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 8/1/1996 | State of Florida--Retirement |
| 2. | | |
| 3. | | |

RECEIVED 2008 MAY 19 P 12: 48 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| 05Bucklew, Susan C | 05/14/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | State of Florida---Division of Retirement | $ 37,742.22 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 05Bucklew, Susan C | 05/14/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Suncoast Schools Credit Union | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 05Bucklew, Susan C | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property---Tampa FL Assessed value $404, 950.00 | D | Rent | N | S | | | | | |
| 2. Cawthon Oil Co.-███ owned Corporation | | None | M | U | | | | | |
| 3. ING Deferred Compensation Plan | E | Dividend | N | T | | | | | |
| 4. ----Oppenheimer Main Street   Fund A | | | | | | | | | |
| 5. ----American Balanced Fund R-4 | | | | | | | | | |
| 6. ----ING GNMA Income Fund- A | | | | | | | | | |
| 7. ----American New Prospective Fund Class R-4 | | | | | | | | | |
| 8. ----ING Plus MidCap Fund A | | | | | | | | | |
| 9. ----Baron Growth Fund | | | | | | | | | |
| 10. ----American The Growth Fund of America -A | | | | | | | | | |
| 11. ----DWS Equity 500 Index Fd-S | | | | | | | | | |
| 12. ----Lord Abbett Affiliated Fund A | | | | | | | | | |
| 13. Wachovia Command Money Sweep Funds | A | Interest | J | T | | | | | |
| 14. Diamonds Trust 1 Unit Ser 1 | A | Dividend | J | T | | | | | |
| 15. IShares TR-S&P Smallcap 600 Value Index FD | A | Dividend | J | T | | | | | |
| 16. IShares TR Russell 1000 Growth Index FD | A | Dividend | J | T | | | | | |
| 17. IShares TR-S&P Mid cap 400Value Index FD | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 = 325,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| 05Bucklew, Susan C | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares S&P Midcap 400 Growth Index Fund | A | Dividend | J | T | | | | | |
| 19. IShares MSCI EAFE Index Fund | A | Dividend | K | T | | | | | |
| 20. IShares TR S&P Smallcap 600/Barra Growth Index FD | A | Dividend | J | T | | | | | |
| 21. IShares TR S&P 500 Index FD | A | Dividend | J | T | | | | | |
| 22. IShares TR-Russell 1000 Value Index FD | A | Dividend | J | T | | | | | |
| 23. IShares TR MSCI Emerging Markets Index | A | Dividend | J | T | | | | | |
| 24. GMAC Automotive Bank CD | A | Interest | | | Sold | 1/22 | J | A | |
| 25. Columbia Acorn Fund Class A | A | Dividend | | | Sold | 6/4 | J | A | |
| 26. Davis New York Venture Fund CL A | A | Dividend | | | Sold | 6/4 | J | A | |
| 27. Claymore/Zacks Mid-Cap | A | Dividend | J | T | Buy | 6/4 | J | | |
| 28. IShares MSCI Pacific Ex-Japan Index Fund | A | Dividend | J | T | Buy | 6/4 | J | | |
| 29. Powershares High Growth Rate DIVD Portfolio | A | Dividend | J | T | Buy | 6/4 | J | | |
| 30. Powershares Zacks Small CAP Portfolio | A | Dividend | J | T | Buy | 6/4 | J | | |
| 31. Rydex ETF TR S&P 500 Equal Weighted Index FD | A | Dividend | J | T | Buy | 1/10 | J | | |
| 32. SPDR S&P INTL Small ET CAP | A | Dividend | J | T | Buy | 6/4 | J | | |
| 33. Wisdomtree INTL M/C DVD Fund | A | Dividend | J | T | Buy | 6/4 | J | | |
| 34. Wisdomtree INTL S/C DVD Fund | A | Dividend | J | T | Buy | 6/4 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| 05Bucklew, Susan C | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Wisdomtree LOW P/E Fund | A | Dividend | J | T | Buy | 6/4 | J | | |
| 36. IRA | B | Dividend | K | T | | | | | |
| 37. ---Calamos Growth Fund Class A | | | | | Sold | 6/4 | J | | |
| 38. ---Causeway INTL Value Fund INS SHS | | | | | Sold | 6/4 | J | | |
| 39. ---FMI FDS Focus Fund | | | | | Sold | 6/4 | J | | |
| 40. ---Harbor Small CAP Value Institutional | | | | | Sold | 6/4 | J | | |
| 41. ---Janus INVT FD Mid Cap Value FD INSTL SHS | | | | | | | | | |
| 42. ---Julius Baer INVT FDS INTL Equity FD CL 1 | | | | | | | | | |
| 43. ---Legg Mason Value Trust Tr INC NAV Value Trust | | | | | Sold | 6/4 | J | | |
| 44. ---Pimco FDS PAC INVT MGMT Ser Total Return FD INSTL Cl | | | | | Sold | 6/4 | J | | |
| 45. ---TCW Galileo FDS INC Select Equities FD CL 1 | | | | | Sold | 3/20 | J | | |
| 46. ---Cambiar Opportunity FD | | | | | Sold | 6/4 | J | | |
| 47. ---Wt Mut Fd CRM Mid Cap Value FD INSTL | | | | | | | | | |
| 48. ---Western Asset Core Bond FD CL-1 | | | | | Sold | 6/4 | J | | |
| 49. ---Blackrock Funds Large Cap Value FD CL A | | | | | | | | | |
| 50. ---Kinetics Paradigm Fund-Inst | | | | | | | | | |
| 51. ----Cambiar Conquistador Investor Class | | | | | Sold | 6/4 | J | | |

1. Income Gain Codes:      A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less       K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000   ● =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
   (See Column C2)          U =Book Value           V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| 05Bucklew, Susan C | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---Forward FDS Inc Hover Mini Cap FD Instl CL | | | | | Sold | 6/4 | J | | |
| 53. ---Hartford Fortis Funds Small Cap Growth Cl A | | | | | Sold | 6/4 | J | | |
| 54. ---Baron Select Fds Baron Partners FD | | | | | Buy | 6/5 | J | | |
| 55. ---Bridgeway FD INC Ultra-Small Co Tax Adv | | | | | Buy | 6/5 | J | | |
| 56. ---Diamond Hill Funds Small Cap Fd CL A | | | | | Buy | 6/5 | J | | |
| 57. ---Dodge & Cox Intl Stock Fund | | | | | Buy | 6/5 | J | | |
| 58. ---Goldman Sachs TR FINL Square MMKT FD CL-1 | | | | | Buy | 6/5 | J | | |
| 59. ---Hotchkis & Wiley Core Value FD CL-1 | | | | | Buy | 6/5 | J | | |
| 60. ---Keeley Small Cap VALU Fund Class A | | | | | Buy | 6/5 | J | | |
| 61. ---Munder Midcap Core Growth FD Class Y | | | | | Buy | 6/5 | J | | |
| 62. --Nuveen Tradewinds Intl Nuveen International Vulue Fd CL R | | | | | Buy | 6/5 | J | | |
| 63. ---Nationwide Mut FDS Small Cap FD CL A | | | | | Buy | 6/5 | J | | |
| 64. ---Pioneer Cullen Value Fund Class Y | | | | | Buy | 6/5 | J | | |
| 65. ---RS Invt TR Global Natural Res FD Class A | | | | | Buy | 6/5 | J | | |
| 66. -Sunamerica Funds Focused Small Cap Growth Portfolio Class A | | | | | Buy | 6/5 | J | | |
| 67. ---SSGA FDS International Stock Sel | | | | | Buy | 6/5 | J | | |
| 68. ---Touchstone Instl FDS TR Sands Cap Instl Growth | | | | | Buy | 6/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| 05Bucklew, Susan C | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  ---Wells Fargo Advantage Endeavor Select Fund CL-1 | | | | | Buy | 6/5 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART II: The date listed is the date I began drawing retirement from the state of Florida.

PART VII: Line 1. The appraisal of the rental property in Tampa Florida is based on the county property appraiser's assessment in 2007. That Assessment was $395,006.00

PART VII: Line 47. Wt. Mut Fd CRM Mid Cap Value FD Instl is now known as CRM Mid Cap Value FD. Instl

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544